IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADDVANTAGE TRITON LLC, | § | CASE NO. 24-40228 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**ORDER GRANTING MOTION FOR AUTHORITY TO SELL DOMAIN NAME AND WEBSITE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES WITH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO SALE PROCEEDS**

On this day came on for consideration, the *Motion for Authority to Sell Domain Name and Website Free and Clear of all Liens, Claims and Encumbrances with Liens, Claims and Encumbrances to Attach to Sale Proceeds [Docket #30] (*the **"Motion"**) filed by Linda S. Payne, Trustee ("**Trustee**"). The Court being advised that a telephonic auction was conducted by the Trustee on May 1, 2024 and that by the conclusion of the auction, the highest bid was submitted by P3 Systems in the amount of $50,000 and that the second highest bid made was by Quazo Systems in the amount of $37,500 and, after considering the Motion finds that the relief sought is in the best interests of the estate and that the provisions of 11 U.S.C. §363 have been satisfied.

**IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that procedure for conducting the sale was fair and equitable. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to sell the Property identified in the Motion to P3 Systems for the amount of $50,000. **IT IS FURTHER,**

**ORDERED** that in the event that P3 Systems fails to close the all-cash sale within 10-days of the entry of this order, the Trustee may sell the Property to Quazo Systems for $37,500. **IT IS FURTHER,**

**ORDERED** that the sale of the Property shall be free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. §363(f) with any existing liens, claims and encumbrances to attach to the sale proceeds. IT IS FURTHER,

**ORDERED** that the stay requirements of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Signed on 05/02/2024

*Brenda T. Rhoades* SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE